# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: UNI CONTRACTING INC, § Case No. 8-19-72390-LAS
  §
    d/b/a Pak General Contracting Inc. §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    R. KENNETH BARNARD, ESQ., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $37,243.58 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $41,749.87 | |

    3) Total gross receipts of $78,993.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $78,993.45 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $74,496.98 | $74,496.98 | $37,243.58 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 41,749.87 | 41,749.87 | 41,749.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 5,997.80 | 5,997.80 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 336,077.90 | 750.96 | 750.96 | 0.00 |
| **TOTAL DISBURSEMENTS** | $336,077.90 | $122,995.61 | $122,995.61 | $78,993.45 |

4) This case was originally filed under Chapter 7 on March 29, 2019. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/22/2020     By: /s/R. KENNETH BARNARD, ESQ.
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mechanics Lien to Dormitory Authority of NY | 1129-000 | 78,993.45 |
| **TOTAL GROSS RECEIPTS** | | **$78,993.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | NYS Department of Labor | 4800-000 | N/A | 924.00 | 924.00 | 461.94 |
| 2 | NYS Department of Labor | 4800-000 | N/A | 6,489.46 | 6,489.46 | 3,244.30 |
| 3S | New York State Department of Taxation & Finance | 4800-000 | N/A | 67,083.52 | 67,083.52 | 33,537.34 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$74,496.98** | **$74,496.98** | **$37,243.58** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - R. KENNETH BARNARD, ESQ. | 2100-000 | N/A | 7,199.67 | 7,199.67 | 7,199.67 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - LaMonica, Herbst & Maniscalco LLP | 3210-000 | N/A | 13,367.50 | 13,367.50 | 13,367.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - LaMonica, Herbst & Maniscalco LLP | 3220-000 | N/A | 476.01 | 476.01 | 476.01 |
| Other - Gary R. Lampert, CPA | 3410-000 | N/A | 1,295.00 | 1,295.00 | 1,295.00 |
| Other - Gary R. Lampert, CPA | 3420-000 | N/A | 95.05 | 95.05 | 95.05 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 28.64 | 28.64 | 28.64 |
| Other - NYS Corporation Tax | 2820-000 | N/A | 3,431.00 | 3,431.00 | 3,431.00 |
| Other - NYS Corporation Tax | 2820-000 | N/A | 992.00 | 992.00 | 992.00 |
| Other - Department of the Treasury | 2810-000 | N/A | 11,084.00 | 11,084.00 | 11,084.00 |
| Other - NYC Department of Finance | 2820-000 | N/A | 3,431.00 | 3,431.00 | 3,431.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$41,749.87** | **$41,749.87** | **$41,749.87** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | NYS Department of Labor | 5800-000 | N/A | 1,487.85 | 1,487.85 | 0.00 |
| 3P | New York State Department of Taxation & Finance | 5800-000 | N/A | 4,509.95 | 4,509.95 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$5,997.80** | **$5,997.80** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3U | New York State Department of Taxation & Finance | 7100-000 | N/A | 750.96 | 750.96 | 0.00 |
| NOTFILED | Nasir Mehmood | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | IRS/Centralized Insolvenc | 7100-000 | 336,077.90 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$336,077.90** | **$750.96** | **$750.96** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8-19-72390-LAS  
**Case Name:** UNI CONTRACTING INC,

**Trustee:** (520840) R. KENNETH BARNARD, ESQ.  
**Filed (f) or Converted (c):** 03/29/19 (f)  
**§341(a) Meeting Date:** 05/09/19

**Period Ending:** 06/22/20

**Claims Bar Date:** 02/24/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | van. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Mechanics Lien to Dormitory Authority of NY | 210,000.00 | 210,000.00 | | 78,993.45 | FA |
| **2** | **Assets** **Totals** (Excluding unknown values) | **$210,000.00** | **$210,000.00** | | **$78,993.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

    The Trustee has recovered monies due on a mechanic's lien

**Initial Projected Date Of Final Report (TFR):** December 31, 2020      **Current Projected Date Of Final Report (TFR):** March 16, 2020 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 8-19-72390-LAS | **Trustee:** | R. KENNETH BARNARD, ESQ. (520840) |
| **Case Name:** UNI CONTRACTING INC, | **Bank Name:** | United Bank |
| | **Account:** | ********9992 - Checking Account |
| **Taxpayer ID #:** **-***7517 | **Blanket Bond:** | $69,289,805.00 (per case limit) |
| **Period Ending:** 06/22/20 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/02/20 | {2} | DASNY | Payment received under the stipulation | 1129-000 | 78,993.45 | | 78,993.45 |
| 01/10/20 | 101 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/10/2020 FOR CASE #819-72390, CH 7 Blanket Bond EDNY; Bond # 016027942; Acct # 1000-900-1944 | 2300-000 | | 28.64 | 78,964.81 |
| 02/13/20 | | Transfer from 9992 to 1736 | Transfer from 9992 to 1736 | 9999-000 | | 78,964.81 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 78,993.45 | 78,993.45 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 78,964.81 | |
| | | | **Subtotal** | | 78,993.45 | 28.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$78,993.45** | **$28.64** | |

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 8-19-72390-LAS | **Trustee:** R. KENNETH BARNARD, ESQ. (520840) |
| **Case Name:** UNI CONTRACTING INC, | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******3198 - Checking Account |
| **Taxpayer ID #:** **-***7517 | **Blanket Bond:** $69,289,805.00  (per case limit) |
| **Period Ending:** 06/22/20 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/13/20 | | Transfer from 4083 to 3198 | Transfer from 4083 to 3198 | 9999-000 | 78,964.81 | | 78,964.81 |
| 02/28/20 | 10102 | NYS Corporation Tax | 2019 Form CT-3; TIN # 20-0547517 | 2820-000 | | 3,431.00 | 75,533.81 |
| 02/28/20 | 10103 | NYS Corporation Tax | 2019 Form CT-2M; TIN # 20-0547517 | 2820-000 | | 992.00 | 74,541.81 |
| 02/28/20 | 10104 | Department of the Treasury | 2019 Form 1120; TIN # 20-0547517 | 2810-000 | | 11,084.00 | 63,457.81 |
| 02/28/20 | 10105 | NYC Department of Finance | 2019 Form NYC-200V: TIN # 20-0547517 | 2820-000 | | 3,431.00 | 60,026.81 |
| 05/08/20 | 10106 | R. KENNETH BARNARD, ESQ. | Dividend paid 100.00% on $7,199.67, Trustee Compensation; Reference: | 2100-000 | | 7,199.67 | 52,827.14 |
| 05/08/20 | 10107 | LaMonica, Herbst & Maniscalco LLP | Dividend paid 100.00% on $13,367.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 13,367.50 | 39,459.64 |
| 05/08/20 | 10108 | LaMonica, Herbst & Maniscalco LLP | Dividend paid 100.00% on $476.01, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 476.01 | 38,983.63 |
| 05/08/20 | 10109 | Gary R. Lampert, CPA | Dividend paid 100.00% on $1,295.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,295.00 | 37,688.63 |
| 05/08/20 | 10110 | Gary R. Lampert, CPA | Dividend paid 100.00% on $95.05, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 95.05 | 37,593.58 |
| 05/08/20 | 10111 | Clerk, United States Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 37,243.58 |
| 05/08/20 | 10112 | NYS Department of Labor | Dividend paid 49.99% on $924.00; Claim# 1S; Filed: $924.00; Reference: | 4800-000 | | 461.94 | 36,781.64 |
| 05/08/20 | 10113 | NYS Department of Labor | Dividend paid 49.99% on $6,489.46; Claim# 2; Filed: $6,489.46; Reference: | 4800-000 | | 3,244.30 | 33,537.34 |
| 05/08/20 | 10114 | New York State Department of Taxation & Finance | Dividend paid 49.99% on $67,083.52; Claim# 3S; Filed: $67,083.52; Reference: | 4800-000 | | 33,537.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 78,964.81 | 78,964.81 | $0.00 |
| | | | Less: Bank Transfers | | 78,964.81 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 78,964.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$78,964.81** | |

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 8-19-72390-LAS | **Trustee:** R. KENNETH BARNARD, ESQ. (520840) |
| **Case Name:** UNI CONTRACTING INC, | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******3198 - Checking Account |
| **Taxpayer ID #:** **-***7517 | **Blanket Bond:** $69,289,805.00 (per case limit) |
| **Period Ending:** 06/22/20 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 78,993.45

Net Estate : $78,993.45

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********9992** | **78,993.45** | **28.64** | **0.00** |
| **Checking # ******3198** | **0.00** | **78,964.81** | **0.00** |
| | **$78,993.45** | **$78,993.45** | **$0.00** |